# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 93 CR 610 | **DATE** | 9/20/2004 |
| **CASE TITLE** | USA vs. Ralphael Okoro | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Okoro's motion to vacate or stay the fine is denied. (144-1, 144-2)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | SEP 21 2004 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | 145 |
| | Copy to judge/magistrate judge. | | 9/21/2004 | |
| SN | | courtroom deputy's initials | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 93 CR 610 |
| RALPHAEL OKORO, | ) ) ) | |
| Defendant. | ) | |

MEMORANDUM ORDER

Ralphael Okoro ("Okoro"), who is serving a sentence that this Court imposed on him many years ago, continues in the mistaken belief that this Court has retained jurisdiction over him and over whatever ongoing grievances he may assert from time to time. This time Okoro has filed a two-page document that he captions "Motion To Vacate or Stay the Fine For Unduely BOP's Hardship, Pursuant to 18 USC SEC 3572 and SEC 5E1.2."

But this Court's powers with respect to the $3,750 fine that constituted part of his original sentence ended with the entry of the judgment and commitment order that included that fine. To the extent that Okoro now seeks to complain about the recent Bureau of Prisons increase in the required installment payments toward satisfaction of that fine, it cannot be done via motion in the original underlying criminal case. Accordingly the motion is denied.

　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　 Milton I. Shadur
　　　　　　　　　　　　　　　　　 Senior United States District Judge

Date: September 20, 2004